UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE ALLEN,<br><br>        Plaintiff,<br><br>   v.<br><br>HOWARD, et al.,<br><br>        Defendants. | Case No. 1:15-cv-01283-BAM (PC)<br><br>ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |

Plaintiff Ernest Lee Allen ("Plaintiff"), a state prisoner proceeding pro se, filed a civil rights action under 42 U.S.C. § 1983 on August 21, 2015. On October 24, 2016, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a), and dismissed it with leave to amend. (ECF No. 9.) On November 2, 2016, Plaintiff filed a first amended complaint. (ECF No. 10.)

Plaintiff's first amended complaint relates to events at San Quentin State Prison, in San Quentin, California, which is in the Northern District of California.[1] All named defendants in the first amended complaint are employed at that facility and appear to reside in that district. Therefore, Plaintiff's claim should have been filed in the United States District Court for the

---

[1] In his requested relief, Plaintiff seeks, *inter alia*, a medical examination of his body and x-rays based on a belief that he is bleeding inside his stomach and his rear end is damaged. (ECF No. 10, p. 5.) This Court makes no determination as to the appropriateness the requested relief or whether such a request could support an independent, cognizable claim.

1

Northern District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1406(a); *District No. 1, Pacific Coast Dist., M.E.B.A. v. State of Alaska*, 682 F.2d 797, 799 n. 3 (9th Cir. 1982).

Accordingly, the Court HEREBY ORDERS this matter transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: **May 1, 2017**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE